IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**JAMAL TARHUNI,**

        Plaintiff,

v.

**WILLIAM P. BARR**, Attorney General; et al.

        Defendants.

No. 3:13-cv-00001-MO

OPINION AND ORDER

**MOSMAN, J.,**

Upon consideration of the Consent Motion to Modify the Protective Order, and good cause having been shown, it is hereby ordered that Section II, Paragraph 2 of the Stipulated Protective Order [ECF 183] be, and the same hereby is, amended to grant access to Plaintiff to portions of the LE Information to be determined by the Defendants and subject to all of the conditions of the Stipulated Protective Order. This Order does not otherwise modify the Stipulated Protective Order in any way.

IT IS SO ORDERED.

DATED this ____ day of March, 2020.

                                                 MICHAEL W. MOSMAN
                                                 United States District Judge